# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3634

_____

| | | |
|---|---|---|
| Tandy M. Bratton, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jo Anne B. Barnhart, Commissioner, | * | Eastern District of Arkansas. |
| Social Security Administration, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: February 21, 2006
Filed: February 24, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Tandy Bratton appeals the district court's[1] decision upholding the Commissioner's denial of his application for disability insurance benefits and supplemental security income after a hearing before an administrative law judge, and after the Appeals Council denied review. Having reviewed the record, we find the

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Commissioner's final decision is supported by substantial evidence on the record as a whole. <u>See</u> <u>Harris v. Barnhart</u>, 356 F.3d 926, 928 (8th Cir. 2004).

Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____